**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                  **4:07-CR-00331-01-BRW**

**JOHNNIE M. DUKES**

### ORDER

Pending is the Motion for Summons for Offender Under Supervision (Doc. No.44) filed by the United States of America. This case is transferred to the docket of Judge Susan Webber Wright to be considered with 4:09-CR-00187-01-SWW.

IT IS SO ORDERED this 9th day of February, 2015.

                                               /s/ Billy Roy Wilson
                                          UNITED STATES DISTRICT JUDGE