# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| vs.  NOS. 4:07CR00331-001 SWW  4:09CR00187-001 SWW | |
| JOHNNIE M. DUKES | DEFENDANT |

## ORDER

The above entitled cause came on for hearing January 18, 2017 on the government's superseding petition to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of defendant, the Court found that defendant has violated the conditions of supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the government's superseding motion to revoke supervised release [doc #59 in 4:07CR00331 and doc #36 in 4:09CR00187] is *granted* and the supervised release previously granted this defendant, hereby, is *revoked*.

IT IS FURTHER ORDERED that defendant shall serve a *term of EIGHT (8) MONTHS imprisonment in the custody of the Bureau of Prisons to run concurrently in both cases*. The Court recommends that defendant participate in non-residential substance abuse treatment programs and mental health counseling and treatment during incarceration.

There will be *NO supervised release* to follow.

The defendant is remanded to the custody of the U. S. Marshal Service.

IT IS SO ORDERED this 24th day of January 2017.

/s/Susan Webber Wright

United States District Judge